

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-23-00093-CV
No. 07-23-00095-CV
No. 07-23-00096-CV

IN RE TOMMY L. PARKER, RELATOR

ORIGINAL PROCEEDINGS ON PETITIONS FOR WRIT OF MANDAMUS

May 19, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Tommy L. Parker is a vexatious litigant subject to a prefiling order which prohibits him from filing new litigation in any Texas court without first obtaining permission from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101–.103. Despite the prefiling order prohibiting new filings, Parker filed three petitions for writ of mandamus without accompanying orders permitting the filings.

Chapter 11 of the Civil Practice and Remedies Code requires courts to dismiss new actions filed by a vexatious litigant unless the litigant also files an order from the local administrative judge permitting the filing of the new action. *See* TEX. CIV. PRAC. & REM.

CODE ANN. § 11.103–1035. By letter of March 21, 2023, we admonished Parker that these proceedings would be dismissed unless he filed an order granting the required permission by March 31. We subsequently granted Parker an extension to April 28, 2023, to obtain the required orders. To date, we have received one order from the local administrative judge, sitting by assignment, denying Parker's request to file his petition in cause 07-23-00093-CV. However, we have not received any orders permitting Parker to proceed with these proceedings nor any further communication from Parker.

Accordingly, we dismiss, without prejudice, Parker's petitions for writ of mandamus. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b).


Per Curiam